UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNULFO VERDUZCO-DUARTE,<br><br>Defendant. | Case No. 1:17-mj-00196-SAB<br><br>**DETENTION ORDER**<br><br>(Violation of Supervised Release) |

The defendant having been arrested for alleged violations of the terms and conditions of supervised release and having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the court orders the above named defendant be detained pending a detention hearing in the Western District of Texas, Del Rio.

IT IS SO ORDERED.

Dated: **December 18, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1